# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

CLIFFORD KNAPP,

        Plaintiff,

        v.                           Case No. 05-C-0296

TIMOTHY D. MORALES,
PRENTICE SECURITIES, INC.,

        Defendants.

---

        This action came before the court. The issues have been decided and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED is entered in plaintiff Clifford Knapp's favor and against Prentice Securities, Inc., for $85,376.00, plus interest through August 31, 2005, of $5,324.00, plus interest thereafter accruing at $11.70 per day.

        IT IS FURTHER ORDERED AND ADJUDGED that all claims against Timothy D. Morales are dismissed without prejudice.


APPROVED:        s/ C. N. CLEVERT, JR.
                          C. N. CLEVERT, JR.
                          U. S. District Judge

                                              SOFRON B. NEDILSKY
                                              Clerk

                      9/26/2005              s/ M. Jones
                          Date                   (By) Deputy Clerk